-------------------------------------------------------X

# 07 CV 9808  ECF

Lama v.  Hand to Hand
Distribution Co.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/07

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 9808 (BSJ)(MHD)

-------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

X  General Pretrial (includes scheduling,
discovery, non-dispositive pretrial motions,
and settlement)

___  Consent under 28 U.S.C. §636(c) for all
purposes (including trial)

___  Specific Non-Dispositive Motion/Dispute:*

_____

_____

___  Consent under 28 U.S.C.§636(c) for
limited purpose (e.g., dispositive motion,
preliminary injunction)

Purpose:_____

If referral is for discovery disputes  when
the District Judge is unavailable, the time
period of the referral:_____

___  Habeas Corpus

___  Social Security

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Dispositive Motion (i.e., motion requiring
a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          11/20/07

_____
United States District Judge