Jones, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: 11/26/07

---

JOSE LAMA,

    Plaintiff,

Case No.: 07 CIV 9808 (BSJ)

v.

**NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)(1)(i)**

HAND TO HAND DISTRIBUTION CO., INC.,

    Defendant.

---

**PLEASE TAKE NOTICE** that the claims of plaintiff Jose Lama are hereby dismissed without prejudice in their entirety as against the defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), without costs or attorneys fees to any party.

Dated: November 20, 2007
       New York, New York

                LAW OFFICES OF
                ROBERT L. KRASELNIK, PLLC
                Attorneys for Plaintiff
                40 Wall Street, 28th Floor
                New York, NY 10005
                Phone: (212) 400-7160

                _____
                Robert L. Kraselnik (RK 0684)

SO ORDERED:

_____
      U.S.D.J
11/25/07

1